IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DEANNA BRIGGS,<br><br>                  Defendant. | **8:16CR345**<br><br>**ORDER** |

UPON THE MOTION OF THE DEFENDANT, (Filing No.16) and no objection from the government,

**IT IS ORDERED:**

1. The Motion to Continue Change of Plea Hearing [16] is granted.

2. The Change of Plea hearing is continued to February 7, 2017 at 11:00 a.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

4. No further continuances will be granted, absent unusual circumstances.

5. Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 31st day of January, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge